IN CAUSE NO. CV18-1720

| | | |
|---|---|---|
| SUTHERLAND/PALUMBO, LLC | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | 43RD JUDICIAL DISTRICT |
| | § | |
| SSCP MANAGEMENT, INC., | § | |
| SDHAROD ENTERPRISES, INC., | § | |
| APPLE TEXAS RESTAURANTS, INC., | § | |
| TEXAS APPLE, LLC, CHRIS DHAROD, | § | |
| SUNIL DHAROD, SHARMILA DHAROD, | § | |
| SRS REAL ESTATE PARTNERS, LLC, | § | |
| AND SRS NATIONAL NET LEASE GROUP, LP, | § | |
| | § | |
| *Defendants*. | § | PARKER COUNTY, TEXAS |

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that Defendant Sharmila Dharod has filed a Notice of Removal of this civil action to the United States District Court for the Northern District of Texas, Fort Worth Division. Defendants SSCP Management, Inc., SDharod Enterprises, Inc., Apple Texas Restaurants, Inc., Texas Apple, LLC, Chris Dharod, and Sunil Dharod have all consented to the Notice of Removal. A copy of the Notice of Removal is attached hereto as **Exhibit A.**

                                                  Respectfully submitted,

*/s/ Hastings L. Hanshaw*
Hastings L. Hanshaw
Texas State Bar No. 24012781
hlh@hanshawkennedy.com
David R. Wortham, Jr.
drw@hanshawkennedy.com
Texas State Bar No. 24093392
Trey Volentine
tv@hanshawkennedy.com
Texas State Bar. No. 24012781

**Page 1**

                                                **HANSHAW KENNEDY HAFEN, LLP**
                                                1415 Legacy Drive, Suite 350
                                                Frisco, Texas 75034
                                                Telephone:  (972) 731-6500
                                                Telecopier:  (972) 731-6555

                                                **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing instrument has been served on all counsel of record via the Court's electronic case filing system and/or email pursuant to the Texas Rules of Civil Procedure on this 7th day of April 2022.

                                                */s/ Hastings L. Hanshaw*
                                                Hastings L. Hanshaw