UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SUTHERLAND/PALUMBO, LLC | § § § | |
|    Plaintiff | § § | |
| v. | § § | CIVIL ACTION NO. 4:22-CV-00277-O |
| | § § | |
| SSCP MANAGEMENT, INC., SDHAROD ENTERPRISES, INC., APPLE TEXAS RESTAURANTS, INC., TEXAS APPLE, LLC, CHRIS DHAROD, SUNIL DHAROD, SHARMILA DHAROD, SRS REAL ESTATE PARTNERS, LLC, AND SRS NATIONAL NET LEASE GROUP, LP | § § § § § § § § § | |
|    Defendants | § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

By agreement of all parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby jointly file this *Stipulation of Dismissal with Prejudice* of this action, including any claims and counterclaims, with each party to bear its own costs and attorneys' fees. All claims and causes of action are hereby dismissed.

Respectfully submitted on this the 19th day of September, 2022.

138100585.1

Respectfully submitted,

**FOX ROTHSCHILD, LLP**
Saint Ann Court
2501 N. Harwood, Ste. 1800
Dallas, Texas 75201
214.231.5745
972.404.0516 – Facsimile


By: */s/ Christian Dennie*
   **Christian Dennie**
   State Bar No. 24045775
   cdennie@foxrothschild.com

**ATTORNEY FOR PLAINTIFF**

/s/ Hastings L. Hanshaw
Hastings L. Hanshaw
Texas State Bar No. 24012781
hlh@hanshawkennedy.com
Collin D. Kennedy
Texas State Bar No. 24012952
cdk@hanshawkennedy.com
David R. Wortham, Jr.
Texas State Bar No. 24093392
drw@hanshawkennedy.com

**HANSHAW KENNEDY HAFEN, LLP**
1415 Legacy Drive, Suite 350
Frisco, Texas 75034
Telephone: (972) 731-6500
Fax: (972) 731-6555

**ATTORNEYS FOR DEFENDANTS**

2

138100585.1

**CERTIFICATE OF SERVICE**

      On September 19, 2022, the *Stipulation of Dismissal with Prejudice* was filed with the Clerk of the Court via CM/ECF, which automatically delivers notice of the filing of the same to all counsel of record.

      */s/ Christian Dennie*
      Christian Dennie
      *Counsel for Plaintiff*